1  SONIA MARTIN (State Bar No. 191148)
   MEGAN DUNHAM (State Bar No. 245991)
2  SONNENSCHEIN NATH & ROSENTHAL LLP
   2121 N. California Blvd., Suite 800
3  Walnut Creek, California  94596
   Telephone:    (925) 949-2600
4  Facsimile:    (925) 949-2610
   Email:        smartin@sonnenschein.com
5                mdunham@sonnenschein.com

6  Attorneys for Plaintiff
   ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SURINDER SINGH and SHERRIE HENDERSON,<br><br>Defendants. | Case No. CV 09 5616 SI<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANT SURINDER SINGH TO RESPOND TO COMPLAINT |

The parties hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, on December 16, 2009, Allstate caused defendant Surinder Singh to be served with the summons and complaint in this declaratory relief action;

WHEREAS, a mediation is scheduled to take place on February 1, 2010 in the underlying lawsuit at issue in this case;

WHEREAS, Mr. Singh has requested an extension of time to respond to the complaint until after the mediation is completed;

WHEREAS the requested extension will not interfere with any of the dates imposed by the Court's Initial Scheduling Order;

IT IS HEREBY STIPULATED AND AGREED that the deadline for defendant Surinder Singh to respond to the complaint should be extended to February 12, 2010;

IT IS SO STIPULATED.

Dated: January 12, 2010

Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP

By _____
Sonia Martin

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

Dated: January 8, 2010
01/08/10

By _____
Surinder Singh

Defendant, In Pro Per

IT IS SO ORDERED.

_____
Susan Illston
United States District Court Judge

CASE NO. CV 09 5616 SI    -2-    STIP. TO EXTEND TIME TO RESPOND TO COMPLAINT