1  SONIA MARTIN (State Bar No. 191148)
2  MEGAN DUNHAM (State Bar No. 245991)
   SONNENSCHEIN NATH & ROSENTHAL LLP
3  2121 N. California Blvd., Suite 800
   Walnut Creek, California 94596
   Telephone: (925) 949-2600
4  Facsimile: (925) 949-2610
   Email:      smartin@sonnenschein.com
5              mdunham@sonnenschein.com

6  Attorneys for Plaintiff
   ALLSTATE INSURANCE COMPANY
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| 11  ALLSTATE INSURANCE COMPANY, an Illinois Corporation, | Case No. CV 09 5616 SI |
| 12 | |
| 13         Plaintiff, | STIPULATION TO EXTEND TIME FOR DEFENDANT SURINDER SINGH TO RESPOND TO COMPLAINT |
| 14     vs. | |
| 15  SURINDER SINGH and SHERRIE HENDERSON, | |
| 16         Defendants. | |

17

18      The parties hereby stipulate and agree as follows and respectfully request that the Court

19  approve and give effect to their stipulation:

20      WHEREAS, on December 16, 2009, Allstate caused defendant Surinder Singh to be served

21  with the summons and complaint in this declaratory relief action;

22      WHEREAS, a mediation is scheduled to take place on February 1, 2010 in the underlying

23  lawsuit at issue in this case;

24      WHEREAS, Mr. Singh has requested an extension of time to respond to the complaint

25  until after the mediation is completed;

26      WHEREAS the requested extension will not interfere with any of the dates imposed by the

27  Court's Initial Scheduling Order;

28

CASE NO. CV 09 5616 SI                  -1-                  STIP. TO EXTEND TIME TO
                                                             RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED that the deadline for defendant Surinder Singh to respond to the complaint should be extended to February 12, 2010;

IT IS SO STIPULATED.

Dated: January 12, 2010

Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP

By _____
Sonia Martin

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

Dated: January 8, 2010
01/08/10

By _____
Surinder Singh

Defendant, In Pro Per

IT IS SO ORDERED.

_____
Susan Illston
United States District Court Judge

CASE NO. CV 09 5616 SI                  -2-                  STIP. TO EXTEND TIME TO
                                                             RESPOND TO COMPLAINT